■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO DELGADO, Appellant. [639 NYS2d 918]

The court properly denied defendant's suppression motions without a hearing. The law of the case doctrine was not binding since exceptional circumstances existed, warranting reconsideration of the previous order directing a *Dunaway* hearing. Defendant's moving papers did not warrant a hearing (*People v Marte*, 207 AD2d 314, 316, *lv denied* 84 NY2d 937), and the trial court was considerably more familiar with the facts of the case than the motion court. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Tom, JJ.